**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**NAKIA CHANEY,**

        **Plaintiff,**
  **v.**                                        **9:15-CV-653**
                                                                 **(TJM/ATB)**

**GREGORY M. VENA,** *et al.***,**

        **Defendants**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

# DECISION & ORDER

**I.    INTRODUCTION**

This pro se action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Andrew T. Baxter, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). In his Report-Recommendation dated November 29, 2017 (Dkt. No. 92), Magistrate Judge Baxter recommends: (1) that defendant D'Agostino's motion for summary judgment (Dkt. No. 64) be granted, and the complaint dismissed in its entirety as against defendant D'Agostino based on a lack of personal involvement, and (2) that defendant D'Agostino's motion for summary judgment as relates to cross-claims filed by defendants Vena and Bell (Dkt. No. 64) be granted, and any such cross-claims be dismissed. No objections to the Report-Recommendation have been filed, and the time to do so has expired.

1

## II. DISCUSSION

After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

## III. CONCLUSION

Accordingly, the Court **ACCEPTS** the Report-Recommendation (Dkt. No. 92) for the reasons stated therein. Defendant D'Agostino's motion for summary judgment (Dkt. No. 64) is **GRANTED**, and the complaint is **DISMISSED** in its entirety as against defendant D'Agostino. Further, defendant D'Agostino's motion for summary judgment as relates to cross-claims filed by defendants Vena and Bell (Dkt. No. 64) is **GRANTED**, and any such cross-claims are **DISMISSED**.

**IT IS SO ORDERED.**

Dated: December 28, 2017

_____
Thomas J. McAvoy
Senior, U.S. District Judge